## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mims, Andrew

Printed:  3/11/08

Case Number:  07 B 01885
Judge:  Goldgar, A. Benjamin
Filed:  2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  January 29, 2008
Confirmed:  April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 525.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 496.65 |
| Trustee Fee: |  | 28.35 |
| Other Funds: |  | 0.00 |
| Totals: | 525.00 | 525.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 496.65 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 6,487.17 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 39.25 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 312.00 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Unsecured | 471.17 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 17.79 | 0.00 |
| 7. | Social Security Administration | Priority | | No Claim Filed |
| 8. | Credit Protection Association | Unsecured | | No Claim Filed |
| 9. | Blockbuster Video | Unsecured | | No Claim Filed |
| 10. | CCB Credit Services Inc. | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Collection Company Of America | Unsecured | | No Claim Filed |
| 13. | IC System Inc | Unsecured | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| 15. | IC System Inc | Unsecured | | No Claim Filed |
| 16. | ER Solutions | Unsecured | | No Claim Filed |
| 17. | Island National Group | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Northland Group Inc | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | West Asset Management | Unsecured | | No Claim Filed |
| 25. | Trustmark Recovery Services | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mims, Andrew

Printed:  3/11/08

Case Number:  07 B 01885

Judge:  Goldgar, A. Benjamin

Filed:  2/5/07

| | | | |
|---|---|---|---|
| 26. | Bureau Of Collection Recovery | Unsecured | No Claim Filed |
| 27. | Asset Acceptance | Unsecured | No Claim Filed |
| 28. | Truelogic Financial Corp | Unsecured | No Claim Filed |
| 29. | Trustmark Insurance Co | Unsecured | No Claim Filed |
| 30. | City Of Chicago | Unsecured | No Claim Filed |
| 31. | University of Chicago | Unsecured | No Claim Filed |
| 32. | Receivables Performance | Unsecured | No Claim Filed |
| 33. | Northland Group Inc | Unsecured | No Claim Filed |
| 34. | Northland Group Inc | Unsecured | No Claim Filed |

$ 9,661.38          $ 496.65

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 28.35 |

$ 28.35

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

